IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| Tanya Rosales , <br><br> Plaintiff, <br> v. <br><br> Credit Acceptance Corporation; and DOES 1-10, inclusive, <br><br> Defendants. | Civil Action No.: 2:14-cv-10933 |

## NOTICE OF SETTLEMENT

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement. The Plaintiff anticipates filing a notice of withdrawal of Complaint and voluntary dismissal of this action with prejudice pursuant to FED. R. CIV. P. 41(a) within 60 days.

Dated: February 3, 2015

        Respectfully submitted,

        By   /s/ Sergei Lemberg

        Sergei Lemberg, Esq.
        LEMBERG LAW, L.L.C.
        1100 Summer Street, 3rd Floor
        Stamford, CT 06905
        Telephone: (203) 653-2250
        Facsimile:  (203) 653-3424

**CERTIFICATE OF SERVICE**

       I hereby certify that on February 3, 2015, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court Eastern District of Michigan Electronic Document Filing System (ECF), which gave notice of such filing to the following:

Stephen W. King (P56456)
KING AND MURRAY PLLC
355 S. Old Woodward, Suite 100
Birmingham, Michigan 48009

                                                                            By /s/ Sergei Lemberg
                                                                              Sergei Lemberg, Esq.