# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| Tanya Rosales, | : Civil Action No.: 2:14-cv-10933 |
| Plaintiff, | : Hon. Paul D. Borman |
| v. | : |
| Credit Acceptance Corporation; and DOES 1-10, inclusive, | : |
| Defendants. | : |

## NOTICE OF WITHDRAWAL OF COMPLAINT AND VOLUNTARY DISMISSAL OF ACTION WITH PREJUDICE PURSUANT TO RULE 41(a)

Tanya Rosales ("Plaintiff"), by Plaintiff's attorney, hereby withdraws the complaint and voluntarily dismisses this action, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated: March 25, 2015

Respectfully submitted,

By: /s/ *Sergei Lemberg*

Sergei Lemberg, Esq.
LEMBERG LAW, L.L.C.
1100 Summer Street, 3rd Floor
Stamford, CT 06905
Telephone: (203) 653-2250
Facsimile: (203) 653-3424
slemberg@lemberglaw.com
Attorneys for Plaintiff:
Tanya Rosales

## **CERTIFICATE OF SERVICE**

      I hereby certify that on March 25, 2015, a true and correct copy of the foregoing Notice of Withdrawal of Complaint and Voluntary Dismissal of Action was served electronically by the U.S. District Court for the Eastern District of Michigan Electronic Document Filing System (ECF), which sent notice of such filing to the following.

Stephen W. King (P56456)
KING AND MURRAY PLLC
355 S. Old Woodward, Suite 100
Birmingham, Michigan 48009

                                                By /s/ Sergei Lemberg
                                                      Sergei Lemberg